USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREDDY CHUCHUCA, *et al.*,

        Plaintiffs,

-v-

FITZCON CONSTRUCTION G.C., INC., *et al.*,

        Defendants.
------------------------------------------------------------X

**ORDER**

20-CV-2178 (RA) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    As discussed at the settlement conference today, the Court sets following schedule:

    The parties will have 30 days, until **January 14, 2022**, to continue their settlement discussions. The parties are directed to advise the Court, by joint letter, on or before that date whether the parties have reached a settlement.

    If no settlement is reached, and as discovery is closed, the parties will have until **March 4, 2022** to submit a pretrial order and all other required papers in compliance with Judge Abrams' Individual Rules for bench trials. In the alternative, if defendants choose to move for partial summary judgment seeking dismissal of the individual defendants, then the motion schedule will be as follows: moving papers due by **February 22, 2022**; opposition papers due by **March 22, 2022**; and any reply papers due by **April 5, 2022**. If a summary judgment motion is made, then the March 4 deadline is adjourned until after the motion is decided.

    **SO ORDERED.**

Dated: December 15, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge