USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDDY CHUCHUCA, et al.,

                Plaintiffs,

       v.

FITZCON CONSTRUCTION G.C., INC., et
al.,

                Defendants.

No.  20-CV-2178 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pursuant to Judge Cott's order dated February 28, 2022, Plaintiffs' opposition to Defendants' motion for summary judgment was to be filed on April 8, 2022.  To date, however, Plaintiffs have not filed their opposition.  They shall do so by April 18, 2022, or submit a letter by that date setting forth the basis for an extension of their briefing deadline.

SO ORDERED.

Dated:    April 14, 2022
          New York, New York

_____
Ronnie Abrams
United States District Judge