```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY CHUCHUCA, et al.,

                Plaintiffs,

        v.

FITZCON CONSTRUCTION G.C., INC., et al.,

                Defendants.

No. 20-CV-2178 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pursuant to Judge Cott's order of February 28, 2022, Plaintiffs' opposition to Defendants' motion for summary judgment was to be filed on April 8, 2022. On April 18, 2022, following an order from this Court, Plaintiffs requested an extension of time to submit their opposition to April 25, 2022. The Court granted that request. To date, however, Plaintiffs have failed to submit their opposition papers or otherwise communicate with the Court. By May 12, 2022, Plaintiffs shall submit either their summary judgment opposition or a letter setting forth good cause for their unexplained delay.

SO ORDERED.

Dated:   May 10, 2022
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge