UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDDY CHUCHUCA, LUIS DARIO GUARTAN, ADRIAN GUZMAN AND HERLINDO SORIANO DE LA ROSA, ON BEHALF OF THEMSELVES AND ALL OTHER PERSONS SIMILARLY SITUATED,

      Plaintiffs,

v.                    No. 20-CV-2178 (RA)

                        ORDER

FITZCON CONSTRUCTION G.C. INC., FITZCON CONSTRUCTION/REN CORP., ESCO HIRF CO. INC., PUB CONSTRUCTION/REN INC. D/B/A PUB CONSTRUCTION, RONAN FITZPATRICK, CORNELIUS O'SULLIVAN, AND JOHN DOES #1-10,

      Defendants.

---

RONNIE ABRAMS, United States District Judge:

  For the reasons stated on the record at the January 17, 2023 conference, Defendants' motion for partial summary judgment is denied. As discussed, by no later than January 30, 2023, the parties shall file a joint letter proposing dates for trial in this matter through the end of May, and indicate whether they request to resume settlement discussions before Judge Cott.

  The Clerk of Court is respectfully directed to terminate the motion pending at docket number 78.

SO ORDERED.

Dated: January 19, 2023
    New York, New York

                         Ronnie Abrams
                         United States District Judge