USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/3/2023_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FREDDY CHUCHUCA, *et al.*,                          :
                                                    :
                                                    :
                                                    :
                        Plaintiffs,                 :        **ORDER**
                                                    :
                                                    :
         -v-                                        :        20-CV-2178 (RA) (JLC)
                                                    :
FITZCON CONSTRUCTION G.C. INC., *et al.*,           :
                                                    :
                                                    :
                                                    :
                                                    :
                        Defendants.                 :
------------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated August 5, 2020 (Dkt. No.31), Judge Abrams

referred this case to me for general pretrial supervision including settlement.  The

parties have now requested to resume settlement discussions before me (Dkt. No.

98).  Accordingly, the parties are directed to advise the Court within 30 days when

they wish to schedule the settlement conference.  The parties should do so by filing

a letter-motion on the docket that indicates at least three dates that are mutually

convenient for the parties.  Alternatively, counsel are free to e-mail my deputy

clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient

date for the parties and the Court.

The settlement conference can be conducted either via video conferencing or

in-person.  When advising the Court as to their preferred scheduling dates, the

parties should indicate which format they prefer.  If video conference is requested,

the Court will provide additional information about the logistics in advance of the

1

2

conference.  An in-person conference will be permitted only if all participants in the conference (attorneys, clients, and any interpreters) comply with the Court's most recent COVID-19 Protocol (available at https://www.nysd.uscourts.gov/covid-19-coronavirus).  For avoidance of doubt, all parties must agree to proceeding by video conference or an in-person conference and make a joint application for the method that is preferred.

    **SO ORDERED.**

Dated: February 3, 2023
        New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

2