UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDDY CHUCHUCA, LUIS DARIO GUARTAN, ADRIAN GUZMAN AND HERLINDO SORIANO DE LA ROSA, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

FITZCON CONSTRUCTION G.C. INC., FITZCON CONSTRUCTION/REN CORP., ESCO HIRF CO. INC., PUB CONSTRUCTION/REN INC. D/B/A PUB CONSTRUCTION, RONAN FITZPATRICK, CORNELIUS O'SULLIVAN, AND JOHN DOES #1-10,

        Defendants.

No. 20-CV-2178 (RA) (JLC)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that this case has been settled in principle. Accordingly, the trial currently scheduled for May 15, 2023, as well as the final pretrial conference and all pretrial materials, are hereby adjourned *sine die*.

SO ORDERED.

Dated:    April 5, 2023
           New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge