# EXHIBIT B

Chuchuca et al. vs. Fitzcon et al. — Attorney Time Records

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 12/2/19 | David N. | 1.7 | 325 | Conference | Billable | Initial meeting with Freddy Chuchuca to discuss potential case against former employer |
| 12/3/19 | David N. | 2.6 | 325 | Research | Billable | Research defendants to identify appropriate individual defendants, corporate structure, potential other corporate defendants, and possible assets |
| 12/10/19 | David N. | 1.4 | 325 | Conference | Billable | Meeting with Luis Dario Guartan to discuss potential case against Fitzcon |
| 12/11/19 | David N. | 0.9 | 325 | Conference | Billable | Meeting with Adrian Guzman to discuss case against Fitzcon |
| 12/24/19 | David N. | 1.1 | 325 | Conference | Billable | Meeting with Herlindo Soriano de la Rosa and Porfinio Rosas to discuss Fitzcon wage and hour suit |
| 12/24/19 | David N. | 1.1 | 325 | Research | Billable | Resarch defendants to try to identify other potential defendants and to ascertain the identity of possible straw employers |
| 1/2/20 | David N. | 0.5 | 325 | Conference | Billable | Meeting with Juan Lituma and Jorge Curillo regarding Fitzcon case |
| 1/23/20 | David N. | 1.4 | 325 | Prep Pleadings | Billable | Review notes and begin drafting complaint |
| 1/28/20 | David S. | 0.6 | 425 | Review | Billable | Review/edit/modify David Nieporent's draft complaint. |
| 2/19/20 | David N. | 0.4 | 325 | Conference | Billable | Meeting with Mario Lopez Vazquez regarding Fitzcon case |
| 2/26/20 | David N. | 0.6 | 325 | Conference | Billable | Meeting with Bolivar Bermjeo regarding Fitzcon case |
| 2/26/20 | David N. | 0.7 | 325 | Prep Pleadings | Billable | Review comments by DS and finalize complaint, as well as summonses and civil cover sheet for filing |
| 3/12/20 | David N. | 0.3 | 325 | Review | Billable | Review individual practices of Judge Abrams and Magistrate Judge Cott |
| 4/14/20 | David N. | 0.6 | 325 | Analyze | Billable | Review and analyze defendants' answer |
| 5/1/20 | David S. | 0.1 | 425 | Correspondence | Billable | Email from and to mediator re: possible conflict of interest with our firm. |
| 5/5/20 | David S. | 0.2 | 125 | Draft | Billable | Filing via ECF consents to sue for opt-in plaintiffs Bolivar Bermejo, Porfirio Rosas, Jorge Curillo, Juan Pablo Lituma, Alfredo Varela, and Mario Lopez Vazquez. |
| 5/11/20 | David N. | 0.5 | 325 | Conference | Billable | Telephonic intake meeting with Byron Espinoza |
| 5/18/20 | David S. | 0.1 | 425 | Correspondence | Billable | Email to and from opposing counsel re: whether they believe that a mediation at this time, before defendant Esco Hirf has even been served, would be productive. |
| 5/26/20 | David N. | 0.3 | 325 | Conference | Billable | Telephonic intake meeting with Carlos Chuchuca |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 5/27/20 | David N. | 1.1 | 325 | Research | Billable | Review other cases involving Fitzcon for further information on appropriate defendants |
| 6/4/20 | David S. | 0.1 | 425 | Correspondence | Billable | Email from and to mediator re: dates of availability for participating in a mediation. |
| 6/8/20 | David S. | 0.2 | 425 | Correspondence | Billable | Emails to and from opposing counsel re: mediator's proposed dates for conducting the mediation and service of process on defendant Esco Hirf Co. Inc. (.1); review/analyze affidavit of service, via NYS Secretary of State, for defendant Esco Hirf Co. Inc. (.1). |
| 6/8/20 | David S. | 0.1 | 425 | Draft | Billable | Filing via ECF affidavit of service for defendant Esco Hirf Co. Inc. |
| 6/22/20 | David S. | 0.6 | 425 | Draft | Billable | Drafting/preparing Clerk's Certificate of Default and Certification of Counsel in support thereof re: default of defendant Esco Hirf. |
| 6/22/20 | David S. | 0.2 | 125 | Draft | Billable | Filing via ECF Clerk's Certificate of Default and Certification of Counsel in Support thereof. |
| 6/24/20 | David S. | 0.1 | 425 | Correspondence | Billable | Emails from and to process server re: possibly reserving defendants Fitzcon Construction G.C. Inc. and Fitzcon Construction/Ren Corp. because the Secretary of State lost copies of the papers. |
| 6/29/20 | David S. | 0.8 | 425 | Interview | Billable | Conduct telephone intake interview with opt-in plaintiff Ivan Bonilla and Spanish interpreter re: details of his employment with defendants (.7); emails to and from opt-in plaintiff Ivan Bonilla re: consent to sue form (.1). |
| 6/30/20 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF consent to sue on behalf of opt-in plaintiff Ivan Bonilla. |
| 6/30/20 | David S. | 0.1 | 425 | Correspondence | Billable | Email to opt-in plaintiff Ivan Bonilla re: his filed consent to sue form. |
| 7/7/20 | David S. | 3.2 | 425 | Court | Billable | Conduct file review in preparation for today's mediation session (.9); participate in court-ordered mediation session (2.3). |
| 7/14/20 | David S. | 0.2 | 425 | Conference | Billable | Telephone conference with mediator re: whether he notified the mediation office that the mediation was unsuccessful and defendants' response to plaintiffs' reduced settlement demand during last week's mediation. |
| 8/4/20 | David S. | 0.3 | 425 | Correspondence | Billable | Drafting/preparing letter to Judge Abrams re: whether the parties consent to proceed before the magistrate judge (.2); email to and from, and telephone conference with, opposing counsel re: the foregoing letter (.1). |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 8/4/20 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF letter to Judge Abrams re: whether the parties consent to proceed before the magistrate judge. |
| 8/5/20 | David N. | 0.3 | 325 | Review | Billable | Review initial conference order including required submissions |
| 8/6/20 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF consent to sue on behalf of opt-in plaintiff Byron Espinoza. |
| 8/25/20 | David S. | 0.1 | 425 | Correspondence | Billable | Email to opposing counsel re: pre-initial conference submission that is due today. |
| 8/27/20 | David N. | 0.1 | 325 | Review | Billable | Review order setting case management plan |
| 8/27/20 | David N. | 1.3 | 325 | Analyze | Billable | Prepare preliminary damages calculation for Fed. R. Civ. P. 26 disclosures; Review file and prepare Rule 26 disclosures |
| 8/27/20 | David S. | 1 | 425 | Court | Billable | Emails from and to, and telephone conference with, opposing counsel re: the parties' respective Rule 26 disclosures and required meet-and-confer prior to the initial conference (.1); conduct file review in preparation for today's telephonic initial conference with M.J. Cott (.3); in-person conference with David Nieporent, Esq., re: our intention to amend the complaint, as well as opposing counsel's apparent misunderstanding of joint employment (.2); participate in telephonic initial conference with M.J. Cott (.4). |
| 9/10/20 | David N. | 0.5 | 325 | Prep Pleadings | Billable | Prepare amended complaint adding additional defendant |
| 9/10/20 | David S. | 0.2 | 425 | Review | Billable | Review/analyze David Nieporent's draft amended complaint. |
| 10/28/20 | David S. | 0.1 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: plaintiffs' overdue responses to joint employer discovery demands. |
| 11/4/20 | David S. | 0.3 | 425 | Correspondence | Billable | Drafting/preparing letter to M.J. Cott re: request to extend joint employer discovery phase of case (.2); emails from and to opposing counsel re: foregoing request and letter in regard thereto (.1). |
| 11/4/20 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF letter to M.J. Cott re: request for extension of time to complete joint employer discovery phase of case. |
| 11/22/20 | David S. | 0.1 | 425 | Correspondence | Billable | Email from and to opposing counsel re: status of plaintiffs' responses to joint employer discovery demands. |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 12/1/20 | David S. | 0.2 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: outstanding joint employer discovery, scheduling a meet-and-confer to discuss the same, and writing to Magistrate Judge Cott to request another extension of the joint employer discovery end date (.1); telephone conference with opposing counsel re: all of the foregoing (.1). |
| 12/2/20 | David N. | 0.6 | 325 | Review | Billable | Review documents provided by clients |
| 12/3/20 | David N. | 3 | 325 | Draft | Billable | Prepare response to defendants' document demands |
| 12/3/20 | David S. | 0.1 | 425 | Correspondence | Billable | Emails to and from opposing counsel re: proposed letter to M.J. Cott re: request for second extension of joint employer discovery deadline. |
| 12/4/20 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF letter to M.J. Cott re: request for second extension of joint employer discovery phase of case. |
| 12/24/20 | David S. | 0.2 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: confirming plaintiffs' depositions for next week (.1); telephone conference with Spanish interpreter re: confirming her attendance at Dec. 28 deposition preparation session (.1). |
| 12/28/20 | David N. | 2 | 325 | Conference | Billable | Meeting with four named plaintiffs in person to prepare them for their depositions |
| 12/29/20 | David N. | 7.3 | 325 | Deposition | Billable | Defend remote deposition of Freddy Chuchuca |
| 12/30/20 | David N. | 1 | 325 | Deposition | Billable | Defend remote deposition of plaintiff Mario Lopez Vargas until DS was ready; defend remote deposition of Bolivar Bermejo while DS needed break |
| 12/30/20 | David S. | 7.4 | 425 | Deposition | Billable | Defend deposition of opt-in plaintiff Mario Lopez Vazquez (excluding breaks and my joining about 20 minutes late because of illness) (3.6); defend deposition of opt-in plaintiff Bolivar Bermejo (excluding breaks and my leaving for about 40 minutes) (3.8). |
| 1/13/21 | David N. | 4 | 325 | Analyze | Billable | Review deposition transcripts of Bermejo, Chuchuca, and Lopez depositions |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 1/14/21 | David S. | 1.1 | 425 | Court | Billable | Conduct file review in preparation for today's telephonic pretrial conference with M.J. Cott (.3); telephone message for, and texts to and from, opposing counsel re: his not having calendared today's conference with M.J. Cott (and, thus, the reason for his tardiness in joining the same) (.1); telephonic pretrial conference with M.J. Cott re: status of joint employer discovery and game plan for moving forward (including .2 spent waiting on the call for opposing counsel to join) (.6); email to and from opposing counsel re: trying to narrow issue of proper Fitzcon entity defendants (.1). |
| 2/22/21 | David S. | 0.1 | 425 | Review | Billable | Review/analyze affidavit of service, served via NY State Secretary of State, for defendant Pub Construction. |
| 2/22/21 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF affidavit of service for defendant Pub Construction. |
| 3/10/21 | David S. | 1.3 | 425 | Draft | Billable | Drafting/preparing notices of deposition directed to defendants Fitzcon Construction G.C. Inc., Fitzcon Construction/Ren Corp. (with multiple areas of inquiry for each of the entities' 30(b)(6) deponents), Ronan Fitzpatrick, and Cornelius O'Sullivan (.9); drafting/preparing letter to opposing counsel re: foregoing notices of deposition and noting responsibilities and obligations of a 30(b)(6) deponent (.4). |
| 3/11/21 | David S. | 0.1 | 425 | Correspondence | Billable | Email to court reporter re: scheduling virtual depositions of the two Fitzcon" entities as well as the depositions of defendants Fitzpatrick and O'Sullivan." |
| 3/12/21 | David S. | 0.6 | 425 | Draft | Billable | Drafting/preparing certification of counsel in support of proposed clerk's certificate of default against defendant Pub Construction (.4); drafting/preparing proposed clerk's certificate of default against defendant Pub Construction (.2). |
| 3/12/21 | David S. | 0.2 | 125 | Draft | Billable | Filing via ECF proposed clerk's certificate of default against defendant Pub Construction (.1); filing via ECF affidavit in support of proposed clerk's certificate of default against defendant Pub Construction (.1). |
| 3/15/21 | David S. | 0.2 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: defendants' depositions (.1); emails to and from court reporter canceling tomorrow's depositions of defendants (.1). |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 3/16/21 | David S. | 0.5 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: defendants' supplemental discovery demands, scheduling defendants' depositions, limiting the same to joint employer testimony; and identity of 30(b)(6) deponent (.1); emails to and from court reporter's office re: rescheduling defendants' depositions (.1); email to and from Southern District Clerk's office re: explanation as to why request for Clerk's Certificate of Default keeps getting rejected (.1); drafting/preparing another proposed Clerk's Certificate of Default as to defendant Pub Construction (.2). |
| 3/17/21 | David S. | 0.1 | 425 | Correspondence | Billable | Email from and to opposing counsel re: Mar. 22 depositions of defendants, plaintiffs' responses to supplemental discovery demands, and letter in regard to same. |
| 3/18/21 | David N. | 0.5 | 325 | Draft | Billable | Draft response to defendants' supplemental document demands |
| 3/19/21 | David S. | 0.2 | 425 | Correspondence | Billable | Emails to and from court reporter re: Zoom information for Monday's depositions of defendants (.1); email to and from opposing counsel re: Zoom link for Mar. 22 depositions of defendants (.1). |
| 3/21/21 | David N. | 5 | 325 | Deposition | Billable | Review file and prepare deposition outline for deposition of defendant Ronan Fitzpatrick |
| 3/22/21 | David N. | 2.2 | 325 | Deposition | Billable | Take remote deposition of defendant Ronan Fitzpatrick |
| 3/23/21 | David S. | 0.8 | 425 | Correspondence | Billable | Drafting/preparing initial draft of joint letter to M.J. Cott re: status of joint employer discovery and scheduling of defendants' anticipated dispositive motion (.7); email to opposing counsel re: foregoing letter (.1). |
| 3/25/21 | David S. | 0.7 | 425 | Court | Billable | Conduct file review in preparation for today's telephone status conference with M.J. Cott (.5); telephone status conference with Magistrate Judge Cott (.2). |
| 4/8/21 | David S. | 0.1 | 425 | Correspondence | Billable | Emails to and from opposing counsel re: availability of defendant O,ÄôSullivan for deposition and re: preparation of dismissal papers for defendant Fitzcon Construction G.C.. |
| 4/9/21 | David S. | 0.1 | 425 | Correspondence | Billable | Email from and to opposing counsel re: scheduling deposition of defendant O,ÄôSullivan and preparing dismissal paperwork for defendant Fitzcon Construction G.C.. |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 4/13/21 | David N. | 1.9 | 325 | Review | Billable | Review transcript of defendant Fitzpatrick's deposition |
| 4/16/21 | David S. | 0.2 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: defendants' need for three-week deposition extension because of defendant O'Sullivan's illness and re: stipulation dismissing Fitzcon Construction G.C. (and review of same). |
| 4/19/21 | David S. | 0.1 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: execution of a second stipulation dismissing defendant Fitzcon Construction G.C. |
| 4/27/21 | David S. | 0.1 | 425 | Correspondence | Billable | Emails to and from opposing counsel re: status of scheduling defendant O'Sullivan's deposition. |
| 5/13/21 | David S. | 0.1 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: his proposal to extend discovery by another three weeks because of defendant O'Sullivan's continued absence from the New York area for personal reasons. |
| 5/31/21 | David S. | 0.1 | 425 | Correspondence | Billable | Email to opposing counsel re: whether defendant O'Sullivan is back from Ireland and ready to be deposed. |
| 6/3/21 | David S. | 0.1 | 425 | Correspondence | Billable | Email from and to opposing counsel re: whereabouts of defendant O'Sullivan and extending briefing schedule because of O'Sullivan's disappearance. |
| 6/8/21 | David S. | 0.1 | 425 | Correspondence | Billable | Email to opposing counsel re: whether he is going to request an extension considering that he can't find defendant O'Sullivan. |
| 6/11/21 | David S. | 0.1 | 425 | Correspondence | Billable | Emails to and from opposing counsel re: whether he has been able to contact defendant O'Sullivan about his deposition. |
| 6/18/21 | David S. | 0.2 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: scheduling defendant O'Sullivan's deposition (.1); emails to and from court reporter re: scheduling the same (.1). |
| 6/23/21 | David N. | 4.1 | 325 | Preparation | Billable | Review file and prepare deposition outline for deposition of Corneillius O'Sullivan |
| 6/23/21 | David S. | 0.5 | 425 | Draft | Billable | Drafting/preparing proposed revised case management plan (.4); email from and to opposing counsel re: the same (.1). |
| 6/24/21 | David N. | 1.5 | 325 | Deposition | Billable | Take remote deposition of defendant Corneilus O'Sullivan |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 6/24/21 | David S. | 0.4 | 425 | Conference | Billable | Telephone conference with, and emails from and to, opposing counsel re: competing versions of proposed reviewed case management plan, including review of opposing counsel's proposed version and our drafting of new proposed plan integrating some of opposing counsel's proposals. |
| 6/24/21 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF proposed revised case management plan. |
| 7/12/21 | David N. | 1.4 | 325 | Review | Billable | Review transcript of defendant O'Sullivan's deposition |
| 12/9/21 | David S. | 0.1 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: conducting next week's mediation via telephone rather than in person (and review of opposing counsel's proposed letter to M.J. Cott in regard to same). |
| 12/13/21 | David N. | 2.3 | 325 | Draft | Billable | Prepare ex parte settlement position statement for Magistrate Judge Cott |
| 12/13/21 | David S. | 0.2 | 425 | Correspondence | Billable | Emails to and from opposing counsel re: plaintiffs' renewed settlement demand (.1); preparing acknowledgement form in advance of Dec. 15 settlement conference (.1). |
| 12/15/21 | David S. | 2.8 | 425 | Court | Billable | Conduct file review in preparation for today's telephonic settlement conference before M.J. Cott (.7); telephonic settlement conference with M.J. Cott (2.0); email from and to opposing counsel re: deposition transcript for defendant O'Sullivan (.1) |
| 1/13/22 | David S. | 0.1 | 425 | Correspondence | Billable | Email to opposing counsel re: joint letter that is due to M.J. Cott tomorrow. |
| 1/14/22 | David S. | 0.1 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: his proposed letter to M.J. Cott and our review and approval of same. |
| 2/14/22 | David S. | 0.1 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: his request to modify briefing scheduling because of family medical situation. |
| 2/28/22 | David S. | 0.1 | 425 | Correspondence | Billable | Emails from and to opposing counsel re: his request for second extension of briefing schedule. |
| 3/14/22 | David N. | 3.4 | 325 | Analyze | Billable | Review and analyze defendants' motion for summary judgment |
| 5/13/22 | David N. | 6.3 | 325 | Prep Pleadings | Billable | Finalize plaintiffs' opposition to defendants' motion for summary judgment, including memorandum of law, Rule 56.1 counterstatement of facts, declaration of counsel, and all supporting exhibits and documentation |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 6/9/22 | David N. | 1.3 | 325 | Analyze | Billable | Review defendants' reply papers in support of their motion for summary judgment |
| 1/17/23 | David N. | 0.4 | 162.5 | Court | Billable | Telephone conference with court regarding summary judgment motion (Billed at half) |
| 1/17/23 | David S. | 0.4 | 425 | Court | Billable | Telephone conference w/ J. Abrams re: ruling on defendants' motion for partial summary judgment |
| 2/2/23 | David S. | 0.4 | 425 | Correspondence | Billable | Emails to and from opposing counsel re: possible trial dates (.1); drafting/preparing letter to J. Abrams re: resuming settlement discussions with M.J. Cott and scheduling trial (.3). |
| 2/2/23 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF letter to J. Abrams re: settlement talks and scheduling trial. |
| 2/3/23 | David S. | 0.1 | 425 | Correspondence | Billable | Email to opposing counsel re: scheduling new settlement conference. |
| 2/19/23 | David S. | 0.1 | 425 | Correspondence | Billable | Email from and to opposing counsel re: proposed dates for settlement conference and conducting the same remotely. |
| 3/1/23 | David S. | 0.1 | 425 | Correspondence | Billable | Follow-up email to opposing counsel re: proposed dates for settlement conference. |
| 3/10/23 | David S. | 0.2 | 425 | Correspondence | Billable | Email from and to opposing counsel re: proposed date for settlement conference (.1); emails to opposing counsel re: writing letter to magistrate judge to secure date for settlement conference (.1). |
| 3/13/23 | David S. | 0.1 | 425 | Correspondence | Billable | Email from and to opposing counsel re: his proposed letter to M.J. Cott re: scheduling settlement conference, and review of said letter. |
| 3/28/23 | David N. | 0.5 | 325 | Draft | Billable | Review file and prepare revised ex parte settlement position statement for Magistrate Judge Cott |
| 3/28/23 | David S. | 0.3 | 425 | Correspondence | Billable | Emails to and from opposing counsel re: the parties' respective settlement positions and defendants' financial condition (.2); preparing acknowledgment form and emailing the same to M.J. Cott (.1). |
| 4/3/23 | David S. | 0.1 | 425 | Correspondence | Billable | Email to and from opposing counsel re: Lema case as a basis for our skepticism about defendant's financial condition. |
| 4/4/23 | David S. | 3 | 425 | Court | Billable | Participate in virtual settlement conference with M.J. Cott. |
| 5/10/23 | David S. | 1.8 | 425 | Draft | Billable | Drafting/preparing draft of settlement agreement. |

| Transaction Date | Timekeeper | Time Spent | Rate Value | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|
| 6/20/23 | David S. | 0.3 | 425 | Draft | Billable | Drafting/preparing letter to M.J. Cott re: request for additional time to submit fairness papers (.2); emails to and from opposing counsel re: the same (.1). |
| 6/20/23 | David S. | 0.1 | 125 | Draft | Billable | Filing via ECF letter request for extension of time to file fairness papers. |
| 6/21/23 | David S. | 0.2 | 425 | Draft | Billable | Review/edit/modify David Nieporent's insertions to previous draft of the settlement agreement (.1); email to opposing counsel re: draft settlement agreement for his review (.1). |
| 8/7/23 | David N. | 2.4 | 325 | Draft | Billable | Prepare Cheeks letter for court approval (2.1); email correspondence with paralegal regarding remaining client signatures (.3) |