# EXHIBIT C

| Transaction Date | Timekeeper | Quantity | Rate Value | Total | Activity | Billing Status | Description |
|---|---|---|---|---|---|---|---|
| 3/11/20 | David S. | 1 | 400 | $400.00 | Filing Fee | Billable | Complaint filing fee. |
| 5/19/20 | David S. | 1 | 96 | $96.00 | Service Fee | Billable | Fee for service of process, via NYS Secretary of State, for defendant Esco Hirf Co. Inc. |
| 7/7/20 | David S. | 2 | 35 | $70.00 | retation/Trans | Billable | Fee for two hours ($35.00/hr.) of Spanish interpreter's time at today's court-ordered mediation session. |
| 12/28/20 | David S. | 2 | 35 | $70.00 | retation/Trans | Billable | Fee for Spanish interpreter's services at the deposition preparation session of plaintiffs Freddy Chuchuca, Ivan Bonilla Guzman, Maria Lopez Vazquez, and Bolivar Bermejo (2.0 hours @ $35.00/hour = $70.00). |
| 3/16/21 | David N. | 1 | 400 | $400.00 | Deposition | Billable | Cancellation fee for deposition where defendant didn't show up |
| 3/22/21 | David N. | 1 | 768.65 | $768.65 | Deposition | Billable | Court reporter charges for deposition of defendants |
| 6/24/21 | David N. | 1 | 757.95 | $757.95 | Depo. Cost | Billable | Court reporter costs re: depositions of defendant Cornellius O'Sullivan |
| 12/15/21 | David S. | 2 | 35 | $70.00 | Depo. Cost | Billable | Fee for Spanish interpreter at today's telephonic settlement conference before M.J. Cott |
| | | | | | | | |
| | | | **TOTAL** | **$2,632.60** | | | |

(212) 619-0728
Fax: (212) 619-2288

**UNITED PROCESS SERVICE, INC.**
225 BROADWAY
SUITE 440
NEW YORK, NY 10007

Email: info@unitedprocess.com
Web: www.unitedprocess.com

Date Received 03/17/2020

SAMUEL & STEIN
38 W. 32ND STREET, STE. 1110
NEW YORK, NY 10001
ATTN: TASHA BELLOT

Client Code:8869
(212) 563-9884

**STEVEN C. AVERY**

Index # 1:20-CV-02178-RA

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

**Invoice #** **743695**
Date Purchased 03/11/2020
120 Day 07/09/2020

Plaintiff: FREDDY CHUCHUCA, ETAL

Defendant: FITZCON CONSTRUCTION G.C. INC., ETAL

Copies Yes

Recipient(s):

1) ESCO HIRF CO. INC. **7436951**

SUMMONS IN A CIVIL ACTION AND
COMPLAINT WITH CIVIL COVER SHEET,
JUDGE ABRAMS' INDIVIDUAL PRACTICE
RULES & ECF RULES, INSTRUCTIONS

Location:

Business: 84-52 GRAND AVENUE
ELMHURST, NY 11378

Add. Address: SECRETARY OF STATE
ALBANY, NY

SERVED Date: 5/19 Time: 1140 Serve Sec'y of State____ Adv. Fee____ Att. Sending____

New Address____

Served on: S2 Title/Relationship____

Desc: Sex:____ Skin Color____ Hair Color____ Approx Age____ Height____ Weight____

Remarks: **SERVE BY**

**UPSI PAID $40**

**REASON FOR RETURN**

UNKNOWN____ MOVED____ NEED APARTMENT #____
NO SUCH NUMBER____ NO LONGER EMPLOYED____
HELD AWAITING INSTRUCTIONS____ OUT OF BUSINESS____

**POSTAL SEARCH**

GOOD AS ADDRESSED____ UNKNOWN AT ADDRESS GIVEN____
MOVED,NO FWD ADD____ FORWARDING ORDER EXPIRED____

**MOTOR VEHICLE SEARCH**

D.O.B, VIN OR PLATE #____
NO HIT____ SAME ADDRESS____ NEW ADDRESS____

| CODE | CHARGE | CODE | CHARGE |
|---|---|---|---|
| D | 51 | | |
| CAF | 5 | | |
| | | | |
| | | | |

**DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW**

**David Stein**

**From:** Alice Crespo <crespoalice1@gmail.com>
**Sent:** Tuesday, July 7, 2020 8:06 PM
**To:** David Stein
**Subject:** Invoice for July 7, 2020 from Alice Crespo

Hi David,

This is Alice Crespo

I worked 2 hours at $35.00 an hour for a total of $70.00

Marjorie E. Berman, Esq., over Zoom

For Fitzcon case

**Alice Crespo**
*Spanish Interpreter, Freelance*

30-94 Crescent St, Apt 3A
Astoria, NY 11102
Phone: 917-696-8115

# INVOICE

DATE: 12/28/2020

**TO:**
David Stein
Samuel and Stein
1441 Broadway, 6th Floor
New York, New York 10018

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Deposition Preparation Session - Fitzcon case

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 Hrs | Spanish Interpreter (on-site) | $35.00 | $70.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **SUBTOTAL** | **$70.00** |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL DUE | $70.00 |

Make all checks payable to Alice Crespo
If you have any questions concerning this invoice, contact me via the phone at the number above.

**THANK YOU FOR YOUR BUSINESS!**

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569

Bill To: David Nieporent Esq
Samuel & Stein
1441 Broadway
Suite 6085
New York, NY,10018

| | |
|---|---|
| **Invoice #:** | **4887903** |
| **Invoice Date:** | **3/17/2021** |
| **Balance Due:** | **$400.00** |

**Case: Chuchuca, et al. v. Fitzcon Construction G.C. Inc., et al. (20cv2178(RA) (JLC))** **Proceeding Type: Depositions**

Job #: 4499687 | Job Date: 3/16/2021 | Delivery: Normal

Location: New York, NY
Billing Atty: David Nieporent Esq
Scheduling Atty: David Nieporent Esq | Samuel & Stein

| | Quantity | Amount |
|---|---|---|
| Cancellation of Reporting Services | 1.00 | $275.00 |
| Veritext Virtual Cancellation | 1.00 | $125.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$400.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$400.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4887903** |
| **Invoice Date:** | **3/17/2021** |
| **Balance Due:** | **$400.00** |

88156

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569

Bill To: David Nieporent Esq
Samuel & Stein
1441 Broadway
Suite 6085
New York, NY, 10018

| | |
|---|---|
| **Invoice #:** | **4943722** |
| **Invoice Date:** | **4/12/2021** |
| **Balance Due:** | **$768.65** |

**Case: Chuchuca, Et Al. v. Fitzcon Construction G.C. Inc., Et Al. (20cv2178(RA) (JLC))** — **Proceeding Type: Depositions**

Job #: 4506469 | Job Date: 3/22/2021 | Delivery: Normal

Location: New York, NY
Billing Atty: David Nieporent Esq
Scheduling Atty: David Nieporent Esq | Samuel & Stein

| Witness: Mr. Ronan Fitzpatrick | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 79.00 | $422.65 |
| Attendance | 1.00 | $75.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$768.65** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$768.65** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **4943722** |
| **Invoice Date:** | **4/12/2021** |
| **Balance Due:** | **$768.65** |

88156

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569

Bill To: David Nieporent Esq
Samuel & Stein
38 West 32nd Street
Suite 1110
New York, NY, 10001

| | |
|---|---|
| **Invoice #:** | **5125730** |
| **Invoice Date:** | **7/11/2021** |
| **Balance Due:** | **$757.95** |

**Case: Chuchuca, Et Al. v. Fitzcon Construction G.C. Inc., Et Al. (NA)** **Proceeding Type: Depositions**

Job #: 4669944 | Job Date: 6/24/2021 | Delivery: Normal

Location: New York, NY

Billing Atty: David Nieporent Esq

Scheduling Atty: David Stein Esq | Samuel & Stein

| Witness: Cornelius OSullivan | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 77.00 | $411.95 |
| Attendance | 1.00 | $75.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$757.95** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$757.95** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5125730** |
| **Invoice Date:** | **7/11/2021** |
| **Balance Due:** | **$757.95** |

**Alice Crespo**
*Spanish Interpreter, Freelance*

30-94 Crescent St, Apt 3A
Astoria, NY 11102
Phone: 917-696-8115

# INVOICE

DATE: 12/15/2021

**TO:**
David Stein
Samuel and Stein
141 Broadway 6th Floor
New York, New York 10018

**COMMENTS OR SPECIAL INSTRUCTIONS:**
These were the people I translated for: Chuchuc, et al. v. Fitzcon Construction- Settlement Conference
Case No.

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 Hrs | Spanish Interpreter on December 15, 2021 | $35.00 | $70.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **SUBTOTAL** | **$70.00** |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL DUE | $70.00 |

Make all checks payable to Alice Crespo
If you have any questions concerning this invoice, contact me via the phone number above.

**THANK YOU FOR YOUR BUSINESS!**