UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Freddy Chuchuca, Luis Dario Guartan, Adrian Guzman, and Herlindo Soriano de la Rosa, on behalf of themselves and all other persons similarly situated,

Plaintiffs,

- vs. -

Fitzcon Construction/Ren Corp., Esco Hirf Co. Inc., Pub Construction/Ren Inc. d/b/a Pub Construction, Ronan Fitzpatrick, Cornelius O'Sullivan, and John Does #1-10,

Defendants.

DOCKET NO. 20-CV-2178
(JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2023

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Freddy Chuchuca, Luis Dario Guartan, Adrian Guzman, Herlindo Soriano de la Rosa, Porfirio Rosas, Jorge Curillo, Juan Lituma, Boliva Bermejo, Alfredo Varela, Mario Lopez Vazquez, Ivan Bonilla, and Byron Espinoza ("Plaintiffs"), and Defendants Fitzcon Construction/Ren Corp., Ronan Fitzpatrick, and Cornelius O'Sullivan ("Defendants"), that all of Plaintiffs' claims in the Complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement. Each Party shall bear his/its own costs and attorneys' fees.

Dated: September 15, 2023

**SAMUEL & STEIN**

By: _____
David Stein

1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
Attorneys for Plaintiffs

**COLE SCHOTZ P.C.**

By: _____
Jason R. Finkelstein

25 Main Street
Hackensack, NJ 07601
(201) 525-6293
Attorneys for Defendants

SO ORDERED: _____
Hon. James L. Cott, U.S.M.J.
9/15/23