COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536 fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Jason R. Finkelstein
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6293
Writer's Direct Fax: 201.678.6293
Writer's E-Mail: JFinkelstein@coleschotz.com

April 8, 2026

**<u>Via CM/ECF Filing</u>**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court, Southern District
of New York
40 Foley Square
Room 2203
New York, NY 10007

   Re: *Chuchuca, et al. v. Fitzcon Construction, et al.*
     Docket No. 20-cv-2178 (JLC)

Dear Judge Abrams:

   As the Court is aware, this Firm represents Defendants, Fitzcon Construction/Ren Corp., Ronan Fitzpatrick and Cornelius O'Sullivan (collectively, the "Fitzcon Parties"), in the above-referenced matter. In accordance with Paragraph 1(D) of Your Honor's Individual Rules and Practices in Civil Cases, this letter is respectfully submitted requesting a brief adjournment of the status conference recently scheduled for Friday, April 10, 2026, at 12:00 p.m.

   The reason for this request is because the undersigned counsel, who was the attorney primarily responsible for representing the Fitzcon Parties in this matter, will be appearing for an in-person oral argument on a dispositive motion in New Jersey at that same date and time in an unrelated case. Participating in a conference for this case in or around that time, even telephonically, will present a considerable logistical burden. Accordingly, this request for a brief adjournment is made in good faith and is not made for purposes of delay.

   This is the first request for an adjournment of this status conference. Upon inquiring with our adversary, Plaintiffs' counsel consents to this request under the circumstances. If this request is granted, it will not impact any other dates currently pending in connection with this matter.

   If the Court is inclined to grant this request, counsel for the parties can either confer and propose alternative dates, or alternatively we will await being issued a new date and time as convenient for the Court. Should the Court have any questions regarding this application, the undersigned will promptly address same.

60982/0001-52880485v1

100 YEARS COLE SCHOTZ P.C.

Hon. Ronnie Abrams, U.S.D.J.
April 8, 2026
Page 2

We thank the Court for its attention to this request, as well as its time addressing this recently re-assigned matter.

Respectfully submitted,

*/s/ Jason R. Finkelstein*

Jason R. Finkelstein

JRF:mjm
cc:    Plaintiffs' Counsel (via ECF)

60982/0001-52880485v1