

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Jason R. Finkelstein
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6293
Writer's Direct Fax: 201.678.6293
Writer's E-Mail: JFinkelstein@coleschotz.com

April 10, 2026

**Via CM/ECF Filing**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court, Southern District
of New York
40 Foley Square
Room 2203
New York, NY 10007

> Re:    *Chuchuca, et al. v. Fitzcon Construction, et al.*
> Docket No. 20-cv-2178 (JLC)

Dear Judge Abrams:

As the Court is aware, this Firm represents Defendants, Fitzcon Construction/Ren Corp., Ronan Fitzpatrick and Cornelius O'Sullivan (collectively, the "Fitzcon Parties"), in the above-referenced matter. In connection with the Court granting the undersigned's request to adjourn the telephonic status conference originally scheduled for earlier today, the parties were directed to meet and confer about proposing alternative dates and times for the conference on either April 16, 2026 or during the week of April 20, 2026.

Based upon the availability of counsel for Plaintiffs and the Fitzcon Parties, we respectfully propose that the telephonic conference be rescheduled for April 16th sometime between 2:00 pm and 3:30 pm.

We will await further instructions from the Court. In the meantime, the Court's continued time and attention to this matter is appreciated.

Respectfully submitted,

*/s/ Jason R. Finkelstein*

Jason R. Finkelstein

coleschotz.com

60982/0001-52904874v1

 COLE SCHOTZ P.C.

Hon. Ronnie Abrams, U.S.D.J.
April 10, 2026
Page 2

JRF:mjm
cc:     Plaintiffs' Counsel (via ECF)

60982/0001-52904874v1