UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY CHUCHUCA, et. al.,

                    Plaintiff,

       -against-

FITZCON CONSTRUCTION G.C., INC., et al.,

                 Defendant.

20-CV-02178 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 17, 2026, I ordered the parties to file a proposed amended settlement agreement and application under *Cheeks* by May 15, 2026. The Parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their proposed amended settlement agreement and application until **May 20, 2026**.

DATED:  May 19, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**