

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

May 20, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Chuchuca, et al. v. Fitzcon Construction G.C. Inc., et al.**
      *Docket No. 20-cv-2178 (RFT)*

Dear Magistrate Judge Tarnofsky:

We represent Plaintiffs in the above-referenced FLSA case, and we submit this letter in response to the Court's Orders of April 17, 2026 and May 19, regarding the amended *Cheeks* submission. Initially, we want to apologize to Your Honor for missing the Court's previous deadline for submitting the required documents.  We write to inform the Court that the parties are still working on finalizing the revised settlement agreement, and we respectfully ask for two additional weeks, until June 3, to file these papers.

We thank the Court for its attention to this matter.  We are available at Your Honor's convenience if the Court has any questions.

Respectfully submitted,

David Stein

cc:  Jason R. Finkelstein, Esq. (via ECF)

Application GRANTED. The parties' deadline to file their proposed amended settlement agreement and application under *Cheeks* is extended until **June 3, 2026**. The Clerk of Court is respectfully requested to terminate ECF 137.

Dated: May 21, 2026
       New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE