UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY CHUCHUCA, et. al.,<br><br>        Plaintiff,<br><br>  -against-<br><br>FITZCON CONSTRUCTION G.C., INC., et al.,<br><br>      Defendant. | 20-CV-02178 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 17, 2026, I ordered the parties to file a proposed amended settlement agreement and application under *Cheeks* by May 15, 2026. (ECF 134.) The parties did not comply, so I nunc pro tunc extended the deadline for the parties to file their proposed amended settlement agreement and application until May 20, 2026. (ECF 136.) The parties did not comply but on May 21, 2026, they filed a letter on the docket requesting an extension of the deadline. (ECF 137.) I granted the extension, extending the deadline for the parties to make their filing by June 3, 2026. (ECF 138.) The parties have still not complied.

Because of the parties' continued delays, the parties are directed to appear in person for a status conference on pains of sanctions. The parties should be prepared to discuss the status their proposed amended settlement agreement and application under *Cheeks*. The status conference will be held on **Monday, June 8, 2026 at 10:30 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED:  June 4, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**