UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY CHUCHUCA, et. al.,<br><br>         Plaintiff,<br><br>   -against-<br><br>FITZCON CONSTRUCTION G.C., INC., et al.,<br><br>         Defendant. | 20-CV-02178 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on June 8, 2026, the parties shall by **June 22, 2026** submit a joint status update on their efforts to negotiate a revised settlement agreement; if the parties fail to do so, I expect to hold an in-person status conference later that week. The revised agreement and *Cheeks* application shall be filed no later than **July 17, 2026**.

DATED:  June 8, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**