

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536  fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

COLE SCHOTZ P.C.

Jason R. Finkelstein
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6293
Writer's E-Mail: JFinkelstein@coleschotz.com

June 22, 2026

**Via Electronic Case Filing**

Hon. Robyn F. Tarnofsky, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:    Freddy Chuchuca, et al. v. Fitzcon Construction G.C. Inc., et al.
>          Case No. 1:20-cv-02178-RFT

Dear Judge Tarnofsky:

As the Court is aware, this Firm represents Defendants, Fitzcon Construction/Ren Corp., Ronan Fitzpatrick and Cornelius O'Sullivan (collectively, the "Fitzcon Parties"), in the above-referenced matter.  This letter is served in response to the Court's Order entered on June 8, 2026 [Dkt. No. 142], directing the parties to submit a status update on their efforts to negotiate a revised settlement agreement.

The Court will recall that at the telephonic conference held earlier in the day on June 8, 2026, the Court was informed that the undersigned had received an initial draft of the revised agreement from Plaintiffs' counsel in the evening of Thursday, June 4, 2026.  I proceeded to review same, and then provided comments back to Plaintiffs' counsel later that weekend and in advance of the June 8th conference, and also noted certain issues that I believe were incorrectly omitted from the original draft.  Based upon that information, the Court extended the time for the parties to submit a proposed revised settlement agreement by no later than July 17, 2026, and further ordered that the parties submit the within status update by today's date.

Plaintiffs' counsel contends that there was a misunderstanding about which side would be drafting the next version of the proposed revised agreement.  Nevertheless, Plaintiffs' counsel provided a new draft this afternoon, and the parties remain committed to attempting to meet the Court's July 17th deadline.

**coleschotz.com**

60982/0001-53458494v1

100 YEARS COLE SCHOTZ P.C.

Hon. Robyn F. Tarnofsky, U.S.M.J.
June 22, 2026
Page 2

       Should the Court have any questions regarding the foregoing, the parties will promptly address them to the extent possible.  In the meantime, the Court's continued time and attention to this matter are greatly appreciated.

Respectfully submitted,

*/s/ Jason R. Finkelstein*

Jason R. Finkelstein

JRF:bf
cc:     All Counsel of Record (via ECF)