UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY CHUCHUCA, et. al.,

Plaintiffs,

-against-

FITZCON CONSTRUCTION G.C., INC., et al.,

Defendants.

20-CV-02178 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **July 28, 2026 at 3:30 PM**. The parties should be prepared to discuss the status of the revised settlement agreement and *Cheeks* application. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 664 301 126#.**

DATED: July 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**