UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY CHUCHUCA, et. al.,

Plaintiffs,

-against-

FITZCON CONSTRUCTION G.C., INC., et al.,

Defendants.

20-CV-02178 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Before me is Mr. O'Sullivan's counsel's motion to withdraw as counsel for Mr. O'Sullivan. (ECF 151.) By **September 8, 2026**, counsel for Mr. O'Sullivan shall serve this order as well as the motion to withdraw as counsel and supporting papers (ECF 151, 152) on Mr. O'Sullivan by sending these documents to him at his last known physical and email addresses; on the date of such service, counsel shall file proof of service on the docket. Counsel for Mr. O'Sullivan and Mr. O'Sullivan are ORDERED to attend a telephonic status conference held on **September 15, 2026 at 11:30 AM EDT**, at which time they can dial **(646) 453-4442, Access Code: 636 262 931#**. Counsel for Plaintiff may attend but is not required to do so.

DATED: September 2, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**