UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY CHUCHUCA, et. al.,

Plaintiffs,

-against-

FITZCON CONSTRUCTION G.C., INC., et al.,

Defendants.

20-CV-02178 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Clerk of Court is respectfully requested to close this case and terminate all outstanding deadlines.

DATED: October 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**